# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 25-CR-4042-LTS-KEM |
| vs. | **REPORT AND RECOMMENDATION** |
| CHAD HOPPE, | |
| Defendant. | |

Defendant Chad Hoppe moves to suppress evidence obtained after searches of his home, vehicles, and cell phone pursuant to a state search warrant. Doc. 23. Hoppe contends that the warrant failed to establish a nexus between any illegal activity and the places to be searched and that the cell phone warrant lacked particularity. *Id.* Hoppe filed his motion on September 22, 2025, making the Government's response due September 29, 2025. *See* LCrR 47. The Government did not resist.

Under the Local Rules, "[i]f no timely resistance to a motion is filed, the motion may be granted without notice."[1] I therefore recommend **GRANTING** the motion to suppress (Doc. 23) and suppressing the photographs obtained from the search of his home and vehicles and the data extracted from his cell phone.

Objections to this Report and Recommendation, in accordance with 28 U.S.C. § 636(b)(1), Federal Rule of Criminal Procedure 59(b), and Local Criminal Rule 59, must be filed within fourteen days of the service of a copy of this Report and Recommendation; any response to the objections must be filed within seven days after service of the objections. A party asserting such objections must arrange promptly for the transcription of all portions of the record that the district court judge will need to rule

---

[1] LR 1(d), 7(f).

on the objections.[2] Objections must specify the parts of the Report and Recommendation to which objections are made, as well as the parts of the record forming the basis for the objections.[3] Failure to object to the Report and Recommendation waives the right to de novo review by the district court of any portion of the Report and Recommendation, as well as the right to appeal from the findings of fact contained therein.[4]

**DATED** October 2, 2025.

Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa

---

[2] **LCrR 59**.

[3] *See* **Fed. R. Crim. P. 59**.

[4] *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009).